IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:  Tracey Moreland                )
                                       )   Case # 16-38749
   Debtor                              )   Chapter 13
                                       )   Judge Hollis  JOLIET

To:
Via US Mail  - see attached service list
Via electronic service to:
Patrick S Layng USTPRegion11.ES.ECF@usdoj.gov
Glenn B Stearns mcguckin_m@lisle13.com
Michael N Burke on behalf of Creditor MidFirst Bank bk_il_notice@fisherandshapirolaw.com
Cari A Kauffman on behalf of Creditor AMERICREDIT FINANCIAL SERVICES, INC. d/b/a GM Financial ckauffman@sormanfrankel.com, dfrankel@sormanfrankel.com
Lesley D Lueke on behalf of Creditor MidFirst Bank
bkecfinbox@aldridgepite.com, llueke@ecf.courtdrive.com

NOTICE OF MOTION

Please take notice that on July 12, 2019 at 10:45 am I shall bring the attached motion for hearing before Honorable Judge Hollis, or whomever is sitting in her stead, at Joliet City Hall, 150 W Jefferson St 2nd Fl, Joliet, IL.

CERTIFICATE OF SERVICE

I hereby certify that I served this notice on the parties listed on the attached service list by placing same in addressed, stamped envelopes and mailing via US Mail on 6/11/2019 and to the parties listed above via electronic service on 6/11/2019.


S/ Julie M Gleason ARDC 6273536


Gleason and Gleason
77 W Washington Ste 1218
Chicago, IL 60602
312-578-9530

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 16-38749<br>Northern District of Illinois<br>Eastern Division<br>Tue Jun 11 13:02:06 CDT 2019 | NAVIENT SOLUTIONS,LLC ON BEHALF OF DEPT OF E<br>PO BOX 9635<br>WILKES BARRE, PA 18773-9635 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | AT&T Mobility II LLC<br>%AT&T SERVICES INC.<br>KAREN A. CAVAGNARO PARALEGAL<br>ONE AT&T WAY, SUITE 3A104<br>BEDMINSTER, NJ. 07921-2693 | Abc Credit & Recovery<br>4736 Main St Ste 4<br>Lisle, IL 60532-1986 |
| AmeriCredit Financial Services, Inc. dba GM<br>P O Box 183853<br>Arlington, TX 76096-3853 | Amita Health Adventist Medical Center<br>PO Box 9246<br>Oak Brook, IL 60522-9246 | Atg Credit<br>1700 W Cortland St Ste 2<br>Chicago, IL 60622-1131 |
| Barclays Bank Delaware<br>Po Box 8803<br>Wilmington, DE 19899-8803 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Dept Of Ed/navient<br>Po Box 9635<br>Wilkes Barre, PA 18773-9635 |
| Doctor Green Services<br>ABC Credit & Recovery Services, Inc<br>PO Box 3722<br>Lisle, IL 60532-8722 | Enhanced Recovery Co L<br>8014 Bayberry Rd<br>Jacksonville, FL 32256-7412 | Gm Financial<br>Po Box 181145<br>Arlington, TX 76096-1145 |
| Illinois Dept of Employment Securit<br>Bankruptcy Unit Collection Subdivis<br>33 S State St 10th Floor<br>Chicago, IL 60603-2804 | Keynote Consulting<br>220 West Campus Drive<br>Arlington Heights, IL 60004-1498 | Kohls/capone<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls, WI 53051-7096 |
| Lakewood Falls Phase 5 HOA<br>c/o Keough & Moody<br>114 E Van Buren Ave<br>Naperville, IL 60540-5183 | Lakewood Falls Phase 5 Homeowners Associatio<br>c/o Keough & Moody, P.C.<br>114 East Van Buren Avenue<br>Naperville, IL 60540-5183 | Merchants Credit Guide<br>223 W Jackson Blvd Ste 4<br>Chicago, IL 60606-6914 |
| MidFirst Bank<br>MidFirst Bank<br>999 N.W. Grand Blvd<br>Oklahoma City, Oklahoma 73118-6051 | Midland Mtg/midfirst<br>999 Nw Grand Blvd<br>Oklahoma City, OK 73118-6051 | Nationwide Credit & Co<br>815 Commerce Dr Ste 270<br>Oak Brook, IL 60523-8852 |
| Navient Solutions, Inc. on behalf of<br>Department of Education Loan Services<br>PO BOX 9635<br>Wilkes-Barre, PA 18773-9635 | Portfolio Recovery Ass<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502-4952 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Quantum3 Group LLC as agent for<br>Crown Asset Management LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Vistana PSL Inc<br>Vistana Portfolio Services<br>Attn LSA<br>9002 San Marco Court<br>Orlando, FL 32819-8600 |

| | | |
|---|---|---|
| Vistana Vacation Owner<br>9002 San Marco Ct<br>Orlando, FL 32819-8600 | Webbank/fingerhut<br>6250 Ridgewood Road<br>Saint Cloud, MN 56303-0820 | Glenn B Stearns<br>801 Warrenville Road Suite 650<br>Lisle, IL 60532-4350 |
| Julie M Gleason<br>Gleason & Gleason LLC<br>77 W Washington Suite 1218<br>Chicago, IL 60602-3246 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Tracey Moreland<br>356 Reston Cr<br>Romeoville, IL 60446-5069 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Portfolio Recovery Associates, LLC<br>Successor to<br>DELL FINANCIAL SERVICES, LLC<br>POB 41067<br>Norfolk, VA 23541 | (d)Portfolio Recovery Associates, LLC<br>Successor to COMENITY BANK (AVENUE)<br>POB 41067<br>Norfolk, VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)AMERICREDIT FINANCIAL SERVICES, INC. d/b/a | (u)MidFirst Bank | End of Label Matrix<br>Mailable recipients   35<br>Bypassed recipients    2<br>Total                 37 |

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:  Tracey Moreland           )
                                  )      Case # 16-38749
    Debtor                        )      Chapter 13
                                  )      Judge Hollis  JOLIET

MOTION TO MODIFY PLAN

Now come Debtor, by and through her attorney, Julie Gleason of Gleason and Gleason, and in support of this motion to modify plan states the following:

1.  That this Court has jurisdiction over this proceeding pursuant to 28 USC 1334 and this is a core proceeding under 28 USC 157(b)(2).

2.  Debtor filed for the above captioned case under Section 13 of the US Bankruptcy Code on 12/8/2016.

3.  Debtors' case was confirmed on 2/3/2017.

4.  Debtors' plan requires them to make payments of $430.00 a month for 60 months, which would pay 100% to unsecured creditors.

5. Debtor suffered a heart attack and fell behind on her payments to the trustee.  She is back to work and has resumed trustee payments.  However, debtor requires modification to her plan to defer the default to the trustee.

6.  Debtor's plan will still complete within 60 months and pay 100% to unsecured creditors while keeping payment at $430 a month if deferment is granted.

Wherefore, Debtor prays this Honorable Court enter an order to modify plan to defer the default owed to trustee through July 2019, keeping payment to trustee at $430, paying 100% to her unsecured debt, and such relief this Court deems necessary.

Respectfully Submitted,

S/ Julie M Gleason ARDC 6273536

Gleason and Gleason
77 W Washington Ste 1218
Chicago, IL 60602